# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| CHARLES ALLEN CARVER (True Name: Charles Alan Carver) | Case Number: DNCW205CR000012-001 |
| | USM Number: 18808-058 |
| | Ronald C. Justice, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of condition(s) __1 & 2__ of the term of supervision.
__X__ was found in violation of condition(s) count(s) __1 & 2__.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | 11/24/08 |
| 2 | Drug/Alcohol Use | 11/11/08 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 2/12/09

Signed: February 17, 2009

Lacy H. Thornburg
United States District Judge

Defendant: CHARLES ALLEN CARVER (True Name: Charles Alan Carver)     Judgment-Page 2 of 2
Case Number: DNCW205CR000012-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 Months.

ANY MONETARY PENALTIES, OTHER THAN RESTITUTION, ARE REMITTED.

_X_    The Court makes the following recommendations to the Bureau of Prisons:

Defendant be allowed to participate in available drug abuse treatment programs;
Defendant be allowed to participate in available education or vocational opportunities.

_X_    The Defendant is remanded to the custody of the United States Marshal.

___    The Defendant shall surrender to the United States Marshal for this District:

       ___ As notified by the United States Marshal.

       ___ At ___ a.m. / p.m. on ___.

___    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ___ As notified by the United States Marshal.

       ___ Before 2 p.m. on ___.

       ___ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

                                         _____
                                         United States Marshal

                 By:     _____
                               Deputy Marshal